# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LINNOSKA CORREA-CARRILLO,<br><br>Plaintiff,<br><br>v.<br><br>GRUPO HIMA SAN PABLO, INC, et al.,<br><br>Defendants. | CIVIL NO. 17-2253 (PAD) |

## ORDER

The parties shall file, not later than February 16, 2018, a Joint Proposed Schedule with suggested deadlines as to the following procedural events:

1. Rule 26 disclosures;

2. Amendment to pleadings and to add parties;

3. Conclusion of discovery;

4. Filing of motion(s) for summary judgment.

Additionally, the Joint Proposed Schedule should include a statement on whether all of the parties consent to the trial jurisdiction of a U.S. Magistrate Judge.

**SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of February, 2018.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge
